IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROXIE A. FULLER                                                                    PLAINTIFF

vs.                                          Civil No. 2:18-cv-02154

NANCY A. BERRYHILL                                                          DEFENDANT
Acting Commissioner, Social Security Administration

**J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-

styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the

Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is

hereby dismissed with prejudice.

**ENTERED this 21st day of March 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE